IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIR WILLIAMS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-4759 |
| | : | |
| JOSEPH TERRA, et al. | : | |

**ORDER**

AND NOW, this 24th day of July, 2025, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the May 15, 2025 Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (ECF No. 15), to which no objections were filed, it is hereby ORDERED:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for habeas corpus filed pursuant to 28 U.S.C. § 2254 is DISMISSED WITH PREJUDICE.

3. There is no basis for the issuance of a certificate of appealability.

4. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.